UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:   EDCV 19-01414 JVS (RAO)                                     Date:   April 6, 2022
Title:         Mike Taituave v. California Department of Corrections and Rehabilitation et al.

Present:   The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**      (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On July 31, 2019, Plaintiff Mike Taituiave ("Plaintiff") filed a Complaint, alleging among other things that the defendants had unlawfully retaliated against him for filing a civil rights lawsuit by denying him family visitation rights. Dkt. No. 1. The Court directed service of the Complaint by the United States Marshal. Dkt. Nos. 18-19. Defendants filed an Answer on September 23, 2021. Dkt. No. 32. The Court issued a scheduling order on November 4, 2021. Dkt. No. 36.

On January 26, 2022, Defendants filed a Motion for Summary Judgment Re: Exhaustion ("Motion for Summary Judgment"). Dkt. No. 39. On January 27, 2022, the Court issued an order directing Plaintiff to file an opposition to the Motion for Summary Judgment by February 26, 2022. Dkt. No. 40.

On February 4, 2022, Defendants filed a Motion to Stay Discovery and to Modify the Discovery and Scheduling Order ("Motion to Stay"). Dkt. No. 42.

On March 9, 2022, Defendants filed a Notice of Plaintiff's Failure to File Opposition to Defendants' Motion for Summary Judgment. Dkt. No. 47. To date, Plaintiff has not filed an opposition or a notice of non-opposition to the Motion for Summary Judgment or the Motion to Stay.

**Plaintiff is ordered to show cause, in writing, no later than <u>May 6, 2022</u>,** why this action should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  EDCV 19-01414 JVS (RAO)                              Date:  April 6, 2022
Title:     Mike Taituave v. California Department of Corrections and Rehabilitation et al.

discharge this Order by filing an opposition or a notice of non-opposition to Defendants' Motion for Summary Judgment and Defendants' Motion to Stay.

**Plaintiff is expressly advised that failure to timely file a response to this Order will result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | dl |