1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10

11   MIKE TAITUAVE,                          Case No. EDCV 19-01414 JVS (RAO)
12                   Plaintiff,
13          v.                                **JUDGMENT**
14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,
16                   Defendants.
17

18          Pursuant to the Court's Order Accepting Report and Recommendation of
19   United States Magistrate Judge,
20          IT IS ORDERED AND ADJUDGED that this action is dismissed with
21   prejudice.
22
23   DATED: June 22, 2022
24                                            _____
25                                            JAMES V. SELNA
                                              UNITED STATES DISTRICT JUDGE
26
27
28